# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139159

ANNA P. DALBY,
            Plaintiff-Appellant,

v

US FINANCIAL LIFE INSURANCE
COMPANY,
            Defendant-Appellee.

SC: 139159
COA: 289990
Wayne CC: 08-114030-CK

_____/

On order of the Court, the application for leave to appeal the May 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

Clerk

s0419